**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6786**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MITCHELL SMALLS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:96-cr-00131-RBS-2)

Submitted: February 26, 2009          Decided: March 4, 2009

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mitchell Smalls, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Smalls appeals the district court's order granting his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and reducing his sentence from life imprisonment to 405 months. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smalls, No. 2:96-cr-00131-RBS-2 (E.D. Va. Apr. 18, 2008); see United States v. Dunphy, 551 F.3d 247, 251 (4th Cir. 2009) (holding that § 3582 proceedings "do not constitute a full resentencing of the defendant") (internal quotation marks and citation omitted). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED